IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAREUS McCRAW                                                                                    PLAINTIFF

V.                                            CASE NO. 5:14-CV-5148

SHERIFF TIM HELDER, Washington County,
Arkansas; MECIA HATCHER, Prosecuting
Attorney; THE JUDICIAL SYSTEM OF
WASHINGTON COUNTY; and THE FAYETTEVILLE
PUBLIC DEFENDER                                                                                  DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on October 28, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. To the extent any state law claims are stated, the Court declines to take supplemental jurisdiction and they are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED on this __8th__ day of December, 2014.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE